## NORTHWESTERN BANK v. ROSEMAN

No. 439A86.

Case below: 81 N.C. App. 228.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion denied 28 August 1986.

## OPSAHL v. PINEHURST INC.

No. 432PA86.

Case below: 81 N.C. App. 153.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-32 allowed 28 August 1986.

## SPROUSE v. NORTH RIVER INS. CO.

No. 487P86.

Case below: 81 N.C. App. 311.

Petition by defendant for writ of supersedeas and temporary stay allowed 21 August 1986. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied and temporary stay dissolved 28 August 1986.

## STATE v. ALBERT

No. 429P86.

Case below: 81 N.C. App. 156.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 August 1986.

## STATE v. BRYANT

No. 344P86.

Case below: 77 N.C. App. 459.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 28 August 1986.